UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER QUIROZ BAUTISTA, | CASE NO. C26-1854JLR |
| Petitioner, | ORDER |
| v. | |
| JULIO HERNANDEZ, et al, | |
| Respondents. | |

On May 28, 2026, *pro se* Petitioner Alexander Quiroz Bautista filed a proposed petition for a writ of habeas corpus.  (Prop. Pet. (Dkt. # 1).)  On May 29, 2026, the Clerk informed Petitioner that he had not paid the filing fee for his petition.  (5/29/26 Not. (Dkt. # 2).)  The Clerk set a June 29, 2026 deadline for Petitioner to either pay the filing fee or submit an *in forma pauperis* application.  (*See id*.)  Petitioner did not respond to the notice of filing deficiency.  (*See generally* Dkt.)

//

ORDER - 1

Accordingly, the court DISMISSES Petitioner's proposed petition (Dkt. # 1) and this action without prejudice.

Dated this 21st day of July, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2