# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALEXANDER QUIROZ BAUTISTA, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CASE NO. C26-1854JLR |
| v. | |
| JULIO HERNANDEZ, et al, | |
| Respondents. | |

&#95;&#95;&#95; **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The court DISMISSES the proposed petition (Dkt. # 1) without prejudice.

Filed this  21st  day of July, 2026.


JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk